1036

[No. 5680-1. Division One. January 8, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD
RAY KINSEY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 79667, William C. Goodloe, J., entered May 12,
1977. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Andersen, A.C.J., and Dore, J.

[No. 5706-1. Division One. January 8, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
BRUCE MAYO, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 3363, Howard A. Patrick, J., entered June 16,
1977. *Remanded* by unpublished opinion per Swanson, J.,
concurred in by Farris, C.J., and James, J.

[No. 5865-1. Division One. January 8, 1979.]

*In the Matter of the Welfare of*
MICHAEL ANGELO LAWLEY.

Appeal from a judgment of the Superior Court for King
County, No. J-75506, Donald M. Niles, J. Pro Tem.,
entered May 9, 1977. *Affirmed* by unpublished opinion per
Dore, J., concurred in by Andersen, A.C.J., and Swanson, J.

[No. 5924-1. Division One. January 8, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
CARL DENNIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80216, Stanley C. Soderland, J., entered
August 19, 1977. *Affirmed* by unpublished opinion per
Farris, C.J., concurred in by Andersen and Dore, JJ.